UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 22-08032 |
| Christopher A Berg | ) | |
| DBA: CA BERG INC | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| Debtor(s) | ) | |

## AGREED ORDER MODIFYING THE AUTOMATIC STAY AND MODIFYING CLAIM NUMBER 3

      This matter coming to be heard on the Motion of Ally Bank, for entry of an agreed order, due notice being served on the parties of interest and this Court having jurisdiction and being fully advised on the premises, IT IS HEREBY ORDERED:

      1. The automatic stay of 11 U.S.C. § 362 is modified so as to not restrain Ally Bank, from pursuing non bankruptcy remedies with respect to one 2018 FORD F250 SUPER DUTY PICKUP, VIN # 1FT7W2BT7JEC98969.

      2. Claim number 3, filed by Ally Bank on September 26, 2022, in the amount of $53,088.71, shall be classified and paid by the Trustee as a General Unsecured Claim.

      3. Notwithstanding anything to the contrary in Fed. R. Bankr. P. 4001(a)(3), this Order will be effective immediately.

      Agreed: /s/ James M. Philbrick, attorney for Ally Bank
      Agreed: /s/ Daniel J. Winter, attorney for Debtor

Enter: *(signature)*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: Febuary 2, 2023

**Prepared by:**

James M. Philbrick
Law Offices of James M. Philbrick, P.C.
P.O. Box 351
Mundelein, IL 60060
Phone: (847) 949-5290
jamesphilbrick@comcast.net